**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| NORMAN KELLY MILES, | ) | NO. SA CV 11-1453 RGK (FMO) |
| Petitioner, | ) | |
| v. | ) | **ORDER TO SHOW CAUSE** |
| DOMINGO URIBE, JR., Warden, | ) | |
| Respondent. | ) | |

On July 22, 2011, Norman Kelly Miles ("petitioner"), a California state prisoner proceeding pro se, filed in the United States District Court for the Southern District of California a Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition"), pursuant to 28 U.S.C. § 2254. On August 3, 2011, United States District Judge John A. Houston issued an Order transferring the Petition to this Court, and the Petition was filed in this Court on September 21, 2011.

The pending Petition challenges petitioner's 2009 conviction and sentence in Orange County Superior Court, Case No. 07NF1007, (Petition at 1), and raises the following claims for habeas relief:

1. "The Fourth Amendment Requires Reversal of the Conviction Because the Motion to Traverse the Warrant Should Have Been Granted Due to the Absence of Probable Cause to Issue a Warrant[.]" (Petition at 6.1-6.8).

1       2.    "Did the Search and Seizure by Government Agents Violate [Petitioner's] Fourth/Fourteenth Amendment Right(s)[.]" (Petition at 7).

      3.    "The Trial Court Erred [in] Its Finding [on] the Issue of Consent or Exigent Circumstances [Regarding] Initial Warrantless Entry/Search [of] the Garage[.]" (Petition at 8).

      4.    "Petitioner Moves This Court for the Issuance of a Certificate [of] Probable Cause Based on Constitutional, Jurisdictional, or Other Substantial Ground[s] Going to the Legality of the Proceedings from the Final Judgment of Conviction[.]" (Petition at 9).

Since Fourth Amendment claims are not cognizable in federal habeas corpus proceedings if a petitioner had a full and fair opportunity to litigate the claims in state court, Stone v. Powell (Powell), 428 U.S. 465, 481-82, 96 S. Ct. 3037, 3046 (1976); Villafuerte v. Stewart, 111 F.3d 616, 627 (9th Cir. 1997) (per curiam), cert. denied, 522 U.S. 1079 (1998), the court HEREBY ORDERS THAT petitioner shall, no later than **October 27, 2011**, show cause in writing why his Petition should not be summarily denied under Powell. Failure to timely file a written response to this Order shall be deemed as consent to the denial of the pending Petition under Powell.

Dated this 29th day of September, 2011.

                                          /s/
                              Fernando M. Olguin
                          United States Magistrate Judge