# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN KELLY MILES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DOMINGO URIBE, JR., Warden, et al.,<br><br>　　　　Respondents. | NO. SA CV 11-1453 RGK (FMO)<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 2/3 , 2012.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE